CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Anne Carney (N.Y. Bar No. 550-2240)[1]
(E-Mail: annie_carney@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00125-JFW |
|---|---|
| Plaintiff, | |
| v. | **ORDER REDUCING SENTENCE UNDER 18 U.S.C. § 3582(c)(1)** |
| MANUEL CASTILLO, | |
| Defendant. | |

For good cause shown, and consistent with the Court's order dated November 22, 2024 (Docket No. 73), which is incorporated herein by reference, IT IS HEREBY ORDERED that:

1. Defendant Manuel Castillo's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Docket No. 63) is GRANTED;

2. Defendant's term of imprisonment is REDUCED to time served;

3. All other terms and conditions of the original Judgment & Commitment Order (Docket No. 58), entered on September 19, 2022, shall remain in effect; and

//

---

[1] As a government attorney and a member of the New York State Bar, I have been admitted to practice before the United States District Court for the Central District of California.

1

4. Defendant shall be released forthwith to his wife, Sonia Clark.

IT IS SO ORDERED.

DATED: November 26, 2024        By _____
                                    United States District Judge Walter

**CC: USPO/PSA; USM; BOP**


Presented by:

　　/s/ *Anne Carney*
Deputy Federal Public Defender


CC: USPO/PSA; USM; BOP

2